IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

v.  24-CR-009

RYAN JOHNSTON,

        Defendant.

## INFORMATION
(Title 18, United States Code, Section 875(c))

### COUNT 1
**The United States Attorney Charges That:**

On or about August 18, 2023, in the Western District of New York, the defendant, **RYAN JOHNSTON**, did knowingly and intentionally transmit in interstate commerce, communications, that is, telephone calls which traveled between the State of North Carolina and the State of New York, which contained threats to injure the person of another, specifically, a threat made to a member of the Buffalo Police Department, that the defendant would hang "her black ass from a tree"; and a threat made to a member of the Buffalo Police Department that the defendant would come to Buffalo and shoot officers.

**All in violation of Title 18, United States Code, Section 875(c).**

DATED: Buffalo, New York, February 29, 2024.

                              TRINI E. ROSS
                              United States Attorney
                              Western District of New York

BY: _____
                              STACEY JACOVETTI
                              Assistant United States Attorney
                              United States Attorney's Office
                              Western District of New York
                              138 Delaware Avenue
                              Buffalo, New York  14202
                              716/843-5708
                              Stacey.Jacovetti@usdoj.gov